STATE OF NORTH CAROLINA v. MARIE HILL

No. 98

(Filed 10 May 1972)

Criminal Law § 135— life sentence — compliance with Supreme Court order
Judgment of life imprisonment imposed by the superior court in compliance with an order of the N. C. Supreme Court is affirmed.

Justice LAKE dissenting.

APPEAL by defendant from *Cowper, J.,* November 8, 1971 Session of EDGECOMBE Superior Court.

*Attorney General Morgan and Deputy Attorney General Vanore for the State.*

*Chambers, Stein, Ferguson & Lanning, by James E. Ferguson II, J. LeVonne Chambers and Jonathan Wallas for defendant appellant.*

BOBBITT, Chief Justice.

In *State v. Hill,* 279 N.C. 371, 183 S.E. 2d 97, filed September 7, 1971, for the reasons there stated, this Court remanded the cause to the Superior Court of Edgecombe County for the pronouncement of judgment imposing a sentence of life imprisonment. On November 8, 1971, in open court, after due notice and in the presence of defendant and her counsel, Judge Cowper pronounced judgment that defendant be imprisoned for life in the State's prison. Defendant excepted and

gave notice of appeal. The questions she attempts to raise by her assignments of error on the present appeal heretofore have been decided adversely to defendant in this cause.

Judge Cowper's judgment, having been entered in strict compliance with our order of September 7, 1971, is affirmed.

Affirmed.

Justice LAKE dissenting.

For the reasons stated in my dissent when this matter was remanded to the superior court, *State v. Hill,* 279 N.C. 371, 378, 183 S.E. 2d 97, I dissent from the present majority opinion.